**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____ Chapter 15

☐ Check if this an amended filing

# Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | Madison Niche Assets Fund, Ltd. |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number ____<br>☑ Other **141425**. Describe identifier **Cayman Islands Incorporation Number**.<br>**For individual debtors**<br>☐ Social Security Number: ____<br>☐ Individual Taxpayer Identification Number (ITIN): ____<br>☐ Other ____. Describe identifier ____. |
| 3. | Name of foreign representative(s) | Christopher Barnett Kennedy and Matthew James Wright |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | Cause No. FSD 0035 of 2015 (ASQC), Financial Services Division of the Grand Court of the Cayman Islands |
| 5. | Nature of the foreign proceeding | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____ |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).<br>☑ Yes |

| | | | |
|---|---|---|---|
| 8. | Others entitled to notice | Attach a list containing the names and addresses of: | |
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, | |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and | |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. | |

---

9. **Addresses**

Country where the debtor has the center of its main interests:

Cayman Islands

Debtor's registered office:

c/o The R&H Trust Co., Ltd.
2nd Floor, Windward 1, Regatta Office Park
P.O. Box 897
Grand Cayman, KY1-1103
P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

Cayman Islands
Country

Individual debtor's habitual residence:

P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

Country

Address of foreign representative(s):

RHSW (Cayman) Limited
2nd Floor, Windward 1, Regatta Office Park
P.O. Box 897
Grand Cayman, KY1-1103
P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

Cayman Islands
Country

---

10. **Debtor's website** (URL) _____

---

11. **Type of debtor**

Check one:

[✓] Non-individual (check one):

  [ ] Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  [ ] Partnership

  [✓] Other. Specify: Cayman Islands exempted limited company

[ ] Individual

---

12. **Why is the venue proper in *this* district?**

    *Check one:*

    [✓] Debtor's principal place of business or principal assets in the United States are in this district.

    [✓] Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district.

    <u>*TMC Consulting Services, LLC v. Matthew Wright, et al.*, Case No. N15C-11-132 EMD CCLD, Superior Court of Delaware, County of New Castle</u>

    [ ] If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

    _____

13. **Signature of foreign representative(s)**

    I request relief in accordance with the chapter 15 of title 11, United States Code.

    I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

    I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

    I declare under penalty of perjury that the foregoing is true and correct,

    X _[signature]_____     Christopher Barnett Kennedy
    Signature of foreign representative              Printed name

    Executed on  01/08/16
                 MM / DD / YYYY

    X _[signature]_____     Matthew James Wright
    Signature of foreign representative              Printed name

    Executed on  01/08/16
                 MM / DD / YYYY

14. **Signature of attorney**

    X _____     Date _____
    Signature of Attorney for foreign representative        MM / DD / YYYY

    **Matthew B. Lunn**
    Printed name

    **Young Conaway Stargatt & Taylor, LLP**
    Firm name

    **1000 N. King Street**
    **Wilmington, DE 19801**
    Number, Street, City, State & ZIP Code

    **302-571-6646**                              **MLunn@ycst.com**
    Contact phone                                  Email address

    **4119 (DE)**
    Bar number and State

**Chapter 15 Petition**
**Madison Niche Assets Fund, Ltd.**

**Item 6. Decision Commencing Foreign Proceeding**

IN THE GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION

CAUSE NO: FSD 0036 OF 2015 (ASCJ)

IN THE MATTER OF SECTION 131 OF THE COMPANIES LAW (2013 REVISION)

AND IN THE MATTER OF MADISON NICHE ASSETS FUND, LTD. (IN VOLUNTARY LIQUIDATION)

## SUPERVISION ORDER

**UPON** hearing counsel for Matthew Wright and Christopher Kennedy of RHSW (Cayman) Limited, Windward 1, Regatta Office Park, West Bay Road, Grand Cayman KY1-1103, Cayman Islands in their capacities as joint voluntary liquidators of Madison Niche Assets Fund, Ltd. (in voluntary liquidation) (the "**JVLs**") (the "**Fund**") upon their petition dated 5 March 2015 for an order that the liquidation of the Fund continue under the supervision of the Court (the "**Petition**")

**AND UPON** reading the Petition, the First Affidavit of Matthew Wright sworn on 5 March 2015, the First Affidavit of Christopher Kennedy sworn on 5 March 2015, the Second Affidavit of Christopher Kennedy sworn on 5 March 2015, the Third Affidavit of Christopher Kennedy sworn on 5 March 2015 and the Forth Affidavit of Christopher Kennedy sworn on 10 March 2015

**AND UPON** the Court being satisfied that the JVLs are qualified insolvency practitioners

**IT IS ORDERED THAT**:

1. The liquidation of the Fund continue under the supervision of the Court.

2. Matthew Wright and Christopher Kennedy of RHSW (Cayman) Limited, Windward 1, Regatta Office Park, West Bay Road, Grand Cayman KY1-1103, Cayman Islands, be appointed as Joint Official Liquidators ("**JOLs**") of the Fund.

3. The JOLs shall not be required to give security for their appointment.

4. The JOLs be authorised to exercise all of the following powers within and outside the Cayman Islands without further sanction of the Court, namely the powers:

(a) to bring or defend any action or other legal proceeding in the name and on behalf of the Fund either in their own name for and on behalf of the Fund, or in the name of the Fund on its behalf;

(b) to carry on the business of the Fund so far as may be necessary for its beneficial winding up;

(c) to dispose of any property of the Fund to a person who is or was related to the Fund;

(d) to pay any class of creditors in full;

(e) to make any compromise or arrangement with creditors or persons claiming to be creditors or having or alleging themselves to have any claim (present or future, certain or contingent, ascertained or sounding only in damages) against the Fund or for which the Fund may be rendered liable;

(f) to compromise on such terms as may be agreed all debts and liabilities capable of resulting in debts, and all claims (present or future, certain or contingent, ascertained or sounding only in damages) subsisting, or supposed to subsist between the Fund and a contributory or alleged contributory or other debtor or person apprehending liability to the Fund;



(g) to deal with all questions in any way relating to or affecting the assets or the winding up of the Fund, to take any security for the discharge of any such call, debt, liability or claim and to give a complete discharge in respect of it;

(h) to sell any of the Fund's property by public auction or private contract with power to transfer the whole of it to any person or to sell the same in parcels;

(i) to raise or borrow money and grant security over the property of the Fund;

(j) to engage staff (whether or not as employees of the Fund) to assist them in the performance of their functions;

(k) to engage attorneys and other professionally qualified persons to assist them in the performance of their functions;

2

12616993.1 R0681.129522

(l) to take possession of, collect and get in the property of the Fund and for that purpose to take all such proceedings as they consider necessary;

(m) to do all acts and execute, in the name and on behalf of the Fund, all deeds, receipts and other documents;

(n) to prove, rank and claim in the bankruptcy, insolvency or sequestration of any contributory for any balance against his estate, and to receive dividends in the bankruptcy, insolvency or sequestration in respect of that balance, as a separate debt due from the bankrupt or insolvent and rateably with the other separate creditors;

(o) to draw, accept, make and indorse any bill of exchange or promissory note in the name and on behalf of the Fund, with the same effect with the respect of the Fund's liability as if the bill or note had been drawn, accepted, made or indorsed by or on behalf of the Fund in the course of its business;

(p) to convene meetings of creditors and contributories;

(q) to do all other things incidental to the exercise of their powers; and

(r) to enter into co-operation agreements with a trustee-in-bankruptcy.

5. The JOLs shall have the authority to appoint Cayman Islands attorneys, United States attorneys, and any other jurisdiction where the Fund has or may have assets, as they may consider necessary to advise and assist them in the performance of their duties and to remunerate them for their reasonable fees and expenses out of the assets of the Fund as an expense of the liquidation.

6. The JOLs be at liberty to meet all disbursements reasonably incurred with the performance of their functions.

7. The JOLs be at liberty to and do pay their agents, employees, attorneys, solicitors and whomsoever else they may employ or instruct, remuneration and costs, and for the avoidance of doubt, all such payments shall be made as and when they fall due out of the assets of the Fund as expenses of the winding up.

8. No suit, action or other proceedings, including criminal proceedings, shall be proceeded with or commenced against the Fund except with leave of the Court pursuant to section 97 of the Companies Law of the Cayman Islands (the "**Law**").

9. No disposition of the Fund's property by or with the authority of the JOLs in the carrying out of their duties and functions and the exercise of their powers under this Order shall be avoided by virtue of section 99 of the Law.

10. Any act required or authorised to be done by the JOLs may be done by any one of them.

DATED the 11 day of March 2015

FILED the 12 day of March 2015

_____

The Honourable Judge of the Grand Court



THIS ORDER was filed by Walkers, Attorneys at Law for the JVLs whose address for service is that of their said attorneys, at 190 Elgin Avenue, George Town, Grand Cayman KY1-9001, Cayman Islands.

4

12616993.1 R0681.129522

**Chapter 15 Petition**
**Madison Niche Assets Fund, Ltd.**

**Item 8. Lists Pursuant to Bankruptcy Rules 1007(a)(4) and 7007.1 and Section 1515(c) of the Bankruptcy Code**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------x
:
In re:                                                    :    Chapter 15
                                                          :
MADISON NICHE ASSETS                                      :    Case No. 16-_____ (___)
FUND, LTD. (IN OFFICIAL                                   :
LIQUIDATION),[1] *et al.*,                                :    (Joint Administration Requested)
                                                          :
            Debtors in                                    :
            Foreign Proceedings.                          :
                                                          :
                                                          :
-----------------------------------------------------------x

**FOREIGN REPRESENTATIVE'S STATEMENTS AND LISTS
PURSUANT TO FED. R. BANKR. P. 1007(a)(4), 7007.1
AND SECTION 1515(c) OF THE BANKRUPTCY CODE**

I, CHRISTOPHER BARNETT KENNEDY, one of the duly appointed joint official liquidators, foreign representatives and chapter 15 petitioners ("**Petitioners**") for Madison Niche Opportunities Fund, Ltd. (in Official Liquidation) ("**Opportunities Fund**") and Madison Niche Assets Fund, Ltd. (in Official Liquidation) ("**Assets Fund**" and together with Opportunities Fund, the "**Funds**"), two Cayman Islands exempted limited companies both currently subject to the supervision of the Financial Services Division of the Grand Court of the Cayman Islands (the "**Grand Court**") (cause nos. FSD 0035 of 2015 (ASQC) (re the Assets Fund) and 0036 of 2015 (ASQC) (re the Opportunities Fund)) (the "**Cayman Liquidations**") pursuant to section 131 of the Companies Law of the Cayman Islands (2013 Revision) (the "**Companies Law**"), hereby submits the following information as required by Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure, which provides:

---

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: Madison Niche Assets Fund, Ltd. (in Official Liquidation) (1425) and Madison Niche Opportunities Fund, Ltd. (in Official Liquidation) (0084). The Funds' registered office is 2nd Floor, Windward 1, Regatta Office Park, P.O. Box 897, Grand Cayman, KY1-1103.

In addition to the documents required under § 1515 of the Code, a foreign representative filing a petition for recognition under chapter 15 shall file with the petition: (A) a corporate ownership statement containing the information described in Rule 7007.1; and (B) unless the court orders otherwise, a list containing the name and address of all persons or bodies authorized to administer foreign proceedings of the debtor, all parties to litigation pending in the United States in which the debtor is a party at the time of the filing of the petition, and all entities against whom provisional relief is sought under § 1519 of the Code.

Fed. R. Bankr. P. 1007(a)(4).

### Statement under Fed. R. Bankr. P. 7007.1

Petitioners hereby state that certain entities own 10% or more of the equity of either of the Funds, set forth as follows:

| Fund | Entity |
| --- | --- |
| Assets Fund | GM 1 c/o Gutmann KAG |
| Assets Fund | Stichting Shell Pensioenfonds |
| Opportunities Fund | PBU Pension Fund of Early Childhood Teachers |

### Name and Address of All Joint Liquidators in Foreign Proceedings of the Company

The following individuals, with the corresponding business address, have been duly appointed as Joint Official Liquidators of the Funds by the Grand Court

| Name and Address of Foreign Representative |
| --- |
| Matthew James Wright and Christopher Barnett Kennedy<br>RHSW (Cayman) Limited<br>Windward 1, Regatta Office Park<br>P.O. Box 897<br>West Bay Road, Grand Cayman, KY1-1103<br>Cayman Islands |

### Statement under Section 1515(c) of the Bankruptcy Code

To the best of my knowledge, the Cayman Proceedings are the only foreign proceedings to which either of the Funds is subject.

## All Parties to Litigation in Which Either of the Funds is a Party that is Pending in the United States at the Time of the Filing of the Petition

To the extent known by the Official Liquidators, the parties to litigation pending in the United States in which either of the Funds is currently a party are:

| Party | Type | Pending Litigation |
|---|---|---|
| TMC Consulting Services, LLC<br>5619 DTC Parkway, Suite 800,<br>Greenwood Village,<br>Colorado 80111<br>United States | Plaintiff | *TMC Consulting Services, LLC v. Matthew Wright, et al.*, Case No. N15C-11-132 EMD CCLD, Superior Court of Delaware, County of New Castle |
| Matthew Wright<br>RHSW (Cayman) Limited<br>Windward 1, Regatta Office Park<br>P.O. Box 897<br>West Bay Road, Grand Cayman,<br>KY1-1103<br>Cayman Islands | Co-Defendant | *TMC Consulting Services, LLC v. Matthew Wright, et al.*, Case No. N15C-11-132 EMD CCLD, Superior Court of Delaware, County of New Castle |
| Christopher Kennedy<br>RHSW (Cayman) Limited<br>Windward 1, Regatta Office Park<br>P.O. Box 897<br>West Bay Road, Grand Cayman,<br>KY1-1103<br>Cayman Islands | Co-Defendant | *TMC Consulting Services, LLC v. Matthew Wright, et al.*, Case No. N15C-11-132 EMD CCLD, Superior Court of Delaware, County of New Castle |
| Madison Niche Opportunities Funds, LLC<br>c/o CSC,<br>2711 Centerville Road, Suite 400,<br>Wilmington, DE 19808<br>United States | Co-Defendant | *TMC Consulting Services, LLC v. Matthew Wright, et al.*, Case No. N15C-11-132 EMD CCLD, Superior Court of Delaware, County of New Castle |
| Madison Niche Opportunities Master Fund, Ltd.<br>The R&H Trust Co. Ltd.,<br>Windward 1, Regatta Office Park<br>P.O. Box 897<br>West Bay Road, Grand Cayman,<br>KY1-1103<br>Cayman Islands | Co-Defendant | *TMC Consulting Services, LLC v. Matthew Wright, et al.*, Case No. N15C-11-132 EMD CCLD, Superior Court of Delaware, County of New Castle |
| Madison Niche Assets Fund, LLC<br>c/o CSC,<br>2711 Centerville Road, Suite 400,<br>Wilmington, DE 19808<br>United States | Co-Defendant | *TMC Consulting Services, LLC v. Matthew Wright, et al.*, Case No. N15C-11-132 EMD CCLD, Superior Court of Delaware, County of New Castle |

| Madison Niche Assets Master Fund, Ltd. The R&H Trust Co. Ltd., Windward 1, Regatta Office Park P.O. Box 897 West Bay Road, Grand Cayman, KY1-1103 Cayman Islands | Co-Defendant | *TMC Consulting Services, LLC v. Matthew Wright, et al.*, Case No. N15C-11-132 EMD CCLD, Superior Court of Delaware, County of New Castle |

**All Entities Against Whom Provisional Relief is Sought under 11 U.S.C. § 1519**

Petitioners are not seeking provisional relief.

I declare, under penalty of perjury under the laws of the United States of America, that the information set forth above is based on my current knowledge, information and belief after reasonable inquiry, and in contemplation of and subject to supplementation, true and correct.

Executed on this __8th__ day of January, 2016

_____
CHRISTOPHER BARNETT KENNEDY

#37686077_v3