# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re: : Chapter 15
:
MADISON NICHE ASSETS : Case No. 16-10043 (KJC)
FUND, LTD. (IN OFFICIAL :
LIQUIDATION),[1] *et al.*, : (Joint Administration Requested)
:
        Debtors in :
        Foreign Proceedings. :

---------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Kathleen M. St. John of the law firm of Holland & Knight LLP to represent the official liquidators and foreign representatives of Madison Niche Assets Fund, Ltd. and Madison Niche Opportunities Fund, Ltd. in the above-captioned cases.

        */s/ Matthew B. Lunn*
        Matthew B. Lunn (No. 4119)
        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

---

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: Madison Niche Asset Fund, Ltd. (in Official Liquidation) (1425) and Madison Niche Opportunities Fund, Ltd. (in Official Liquidation) (0084). The Funds' registered office is 2nd Floor, Windward 1, Regatta Office Park, P.O. Box 897, Grand Cayman, KY1-1103.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Massachusetts and Rhode Island, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                          */s/ Kathleen M. St. John*
                          Kathleen M. St. John
                          HOLLAND & KNIGHT LLP
                          10 St. James Avenue, 11th Floor
                          Boston, MA 02116
                          Telephone: (617) 523-2700
                          kathleen.stjohn@hklaw.com